# United States Bankruptcy Court
## Western District of Pennsylvania

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Excalibur Machine, Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Core Manufacturing** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **25-1698847** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **9723 US Highway 322** **Conneaut Lake, PA** ZIP Code **16316** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Crawford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **Route 198 South Street** **Saegertown, PA** ZIP Code **16433** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Excalibur Machine, Co., Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Excalibur Machine, Co., Inc.** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Guy C. Fustine**
Signature of Attorney for Debtor(s)

**Guy C. Fustine 37543**
Printed Name of Attorney for Debtor(s)

**Knox McLaughlin Gornall & Sennett, P.C.**
Firm Name

**120 West Tenth Street**
**Erie, PA 16501**
_____
Address

**(814) 459-2800  Fax: (814) 453-4530**
Telephone Number

**January 31, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Eric Hoover**
Signature of Authorized Individual

**Eric Hoover**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 31, 2009**
Date

In re   **Excalibur Machine, Co., Inc.**                                                    ,   Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION
# Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Blade Transport, Inc.**<br>**WD PA** | **Affiliate** | |
| **Camelot Consolidated, Inc.**<br>**WD PA** | **Affiliate** | |
| **E.A.H. Industries, Inc.**<br>**WD PA** | **Affiliate** | |
| **Multi-Plastics of New Mexico, Inc.**<br>**WD PA** | **Affiliate** | |
| **Multi-Plastics, Inc.**<br>**WD PA** | **Affiliate** | |
| **Multi-Tool, Inc.**<br>**WD PA** | **Affiliate** | |
| **Sipco, Inc.**<br>**WD PA** | **Affiliate** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Excalibur Machine, Co., Inc.**      Case No.
                                          Debtor(s)     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accutrex Products**<br>**PO Box 644000**<br>**Pittsburgh, PA 15264-4000** | **Accutrex Products**<br>**PO Box 644000**<br>**Pittsburgh, PA 15264-4000** | **Trade debt** | | 110,769.13 |
| **Allegheny Tool and Supply**<br>**725 Grant Street**<br>**Franklin, PA 16323** | **Allegheny Tool and Supply**<br>**725 Grant Street**<br>**Franklin, PA 16323** | **Trade debt** | | 39,261.45 |
| **Baldwin International**<br>**30403 Bruce Industrial Parkway**<br>**Solon, OH 44139** | **Baldwin International**<br>**30403 Bruce Industrial Parkway**<br>**Solon, OH 44139** | **Trade debt** | | 61,240.65 |
| **Castle Metals**<br>**13843 Collections Center Drive**<br>**Chicago, IL 60693-0138** | **Castle Metals**<br>**13843 Collections Center Drive**<br>**Chicago, IL 60693-0138** | **Trade debt** | | 88,555.50 |
| **Contractors Steel Company**<br>**1648 Reliable Parkway**<br>**Chicago, IL 60686** | **Contractors Steel Company**<br>**1648 Reliable Parkway**<br>**Chicago, IL 60686** | **Trade debt** | | 29,136.10 |
| **Converse All Steel Services Inc.**<br>**450 W. Main Street**<br>**Canfield, OH 44406** | **Converse All Steel Services Inc.**<br>**450 W. Main Street**<br>**Canfield, OH 44406** | **Trade debt** | | 101,061.20 |
| **Earle M. Jorgensen Company**<br>**P.O. Box 8538-621**<br>**Philadelphia, PA 19171-0621** | **Earle M. Jorgensen Company**<br>**P.O. Box 8538-621**<br>**Philadelphia, PA 19171-0621** | **Trade debt** | | 39,099.43 |
| **Erie Concrete & Steel Supply Co.**<br>**P.O. Box 10336**<br>**Erie, PA 16514-0336** | **Erie Concrete & Steel Supply Co.**<br>**P.O. Box 10336**<br>**Erie, PA 16514-0336** | **Trade debt** | | 31,338.90 |
| **Frontier Steel Company**<br>**P.O. Box 200446**<br>**Pittsburgh, PA 15250-0446** | **Frontier Steel Company**<br>**P.O. Box 200446**<br>**Pittsburgh, PA 15250-0446** | **Trade debt** | | 81,238.76 |
| **Great Lakes Insurance Associates**<br>**3205 Peach Street**<br>**Erie, PA 16508** | **Great Lakes Insurance Associates**<br>**3205 Peach Street**<br>**Erie, PA 16508** | **Trade debt** | | 24,042.56 |

B4 (Official Form 4) (12/07) - Cont.

In re **Excalibur Machine, Co., Inc.**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Highmark Blue Shield** P.O. Box 382146 Pittsburgh, PA 15250-8146 | **Highmark Blue Shield** P.O. Box 382146 Pittsburgh, PA 15250-8146 | **Insurance services** | | 23,267.01 |
| **Jolley Industrial Supply, Inc.** 1652 Pittsburgh Road Franklin, PA 16323 | **Jolley Industrial Supply, Inc.** 1652 Pittsburgh Road Franklin, PA 16323 | **Trade debt** | | 41,393.12 |
| **M-Ploy Temporaries, Inc.** P.O. Box 8517 Erie, PA 16506-0517 | **M-Ploy Temporaries, Inc.** P.O. Box 8517 Erie, PA 16506-0517 | **Trade debt** | | 22,247.50 |
| **National City Bank Commercial Services** Oshtemo, MI 49077-1030 | **National City Bank Commercial Services** Oshtemo, MI 49077-1030 | **Trade debt** | | 26,456.71 |
| **Olympic Steel, Inc.** Attn: Marguerite Kawecki Bedford Heights, OH 44146 | **Olympic Steel, Inc.** Attn: Marguerite Kawecki Bedford Heights, OH 44146 | **Trade debt** | | 203,294.02 |
| **Samuel, Son & Co. Inc.** P.O. Box 641427 Pittsburgh, PA 15264-1427 | **Samuel, Son & Co. Inc.** P.O. Box 641427 Pittsburgh, PA 15264-1427 | **Trade debt** | | 1,945,069.28 |
| **SAS Global Corporation** P.O. Box 673176 Detroit, MI 48276-3176 | **SAS Global Corporation** P.O. Box 673176 Detroit, MI 48276-3176 | **Trade debt** | | 25,041.40 |
| **Suzanne Giering,Pine Twp Tax Coll** 173 N. Chestnut St. Linesville, PA 16424 | **Suzanne Giering,Pine Twp Tax Coll** 173 N. Chestnut St. Linesville, PA 16424 | **Trade debt** | | 24,264.48 |
| **Temtco Steel** 75 Remittance Drive Chicago, IL 60675-3025 | **Temtco Steel** 75 Remittance Drive Chicago, IL 60675-3025 | **Trade debt** | | 85,134.56 |
| **Youngstown Pipe & Supply, LLC** 4100 Lake Park Rd. Youngstown, OH 44513 | **Youngstown Pipe & Supply, LLC** 4100 Lake Park Rd. Youngstown, OH 44513 | **Trade debt** | | 223,405.51 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 31, 2009**          Signature   **/s/ Eric Hoover**
                                                                        **Eric Hoover**
                                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Abby Services, Inc.
Canonsburg Industrial Park
Canonsburg, PA 15317

Accutrex Products
PO Box 644000
Pittsburgh, PA 15264-4000

Allegheny Tool and Supply
725 Grant Street
Franklin, PA 16323

AllSecure Inc.
9478 Mercer Pike
Meadville, PA 16335

American First Aid
P.O. Box 5094
Conneaut Lake, PA 16316

American Honda Finance Corporation
P.O. Box 7829
Philadelphia, PA 19101-7829

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

Armstrong
P.O. Box 747087
Pittsburgh, PA 15274-7087

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

B.W. Electric & Maintenance Service, Inc
6204 Youngstown-Hubbard Rd.
Hubbard, OH 44425

Balboa Capital
2010 Main Street
Irvine, CA 92614

Baldwin International
30403 Bruce Industrial Parkway
Solon, OH 44139

Barbara K. Cowden
West Fallowfield Twp Tax Coll.
Hartstown, PA 16131

Barickman's Welding & Radiator Service
Corner of Pine & Mulberry Streets
Meadville, PA 16335

Blade Transport, Inc.
P.O. Box 5176
Conneaut Lake, PA 16316

Boot Box
11894 Pennsylvania Ave.
Meadville, PA 01635

Bossard and Son Pump Service
10111 Gehrton Road
Conneaut Lake, PA 16316

Bowser Tire/Auto & Grocery
9041 Atlantic Rd.
Atlantic, PA 16111

Camelot Consolidated
P.O. Box 605
Conneaut Lake, PA 16316

Carter Lumber
Dept. 0008
Palatine, IL 60055-0008

Castle Metals
13843 Collections Center Drive
Chicago, IL 60693-0138

Clinton Aluminum
1329 Reliable Parkway
Chicago, IL 60686

ComDoc, Inc.
P.O. Box 6434
Carol Stream, IL 60197-6434

Community Chevrolet
16408 Conneaut Lake Road
Meadville, PA 16335

Comor, Inc.
P.O. Box 248
Cochranton, PA 16314

Con-Way Freight, Inc.
P.O. Box 5160
Portland, OR 97208-5160

Conseco Health Insurance Co.
P.O. Box 223355
Pittsburgh, PA 15251-2355

Contractors Steel Company
1648 Reliable Parkway
Chicago, IL 60686

Converse All Steel Services Inc.
450 W. Main Street
Canfield, OH 44406

Craig Newell Welding Inc
400 Bolard Ave
Cambridge Springs, PA 16403

David Price Metal Services Inc.
360 Eastpark Drive
Norwalk, OH 44857

Dearing Compressor & Pump Co.
3974 Simon Rd
Youngstown, OH 44501

DeMatt Industrial Safety Consulting
P.O. Box 327
Boyers, PA 16020

Demcur Electric Motor Service
16318 Harmonsburg Road
Meadville, PA 16335

Direct Energy Business
P.O. Box 643249
Pittsburgh, PA 15264-3249

Dish Network
Dept. 0063
Palatine, IL 60055-0063

DSM Machinery
P.O. Box 712288
Cincinnati, OH 45271-2288

Earle M. Jorgensen Company
P.O. Box 8538-621
Philadelphia, PA 19171-0621

Equipco
P.O. Box 31002
Hartford, CT 06150-1002

Erie Bearings Co.
P.O. Box 10307
Erie, PA 16514-0307

Erie Concrete & Steel Supply Co.
P.O. Box 10336
Erie, PA 16514-0336

Erie Industrial Trucks, Inc.
2419 West 15th Street
Erie, PA 16505

Fastenal Company
P.O. Box 978
Winona, MN 55987

FedEx Freight
4103 Collection Center Drive
Chicago, IL 60693

Fine Print Commercial Printers, Inc.
287 Chestnut Street
Meadville, PA 16335

Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293

French Machine, Inc.
155 Center Street
Andover, OH 44003-0487

Frontier Steel Company
P.O. Box 200446
Pittsburgh, PA 15250-0446

Garland's Garage
8111 State Hwy 285
Conneaut Lake, PA 16316

GCR Tire Centers
Ashtabula C&F
Ashtabula, OH 44005-0665

General Bearing Corporation
4527 Old Plank Road
Milford, MI 48381

Geneva Truck & Equipment, Inc.
17693 State Hwy. 285
Cochranton, PA 16314

GMAC
P.O. Box 830070
Baltimore, MD 21283-0070

Golden Eagle Distributing, LLC
P.O. Box 1092
Ravenna, OH 44266

Gordon Bros. of Meadville
15454 Conneaut Lake Rd.
Meadville, PA 16335

Grand Saw & Machine
1708 Painters Run Road
Pittsburgh, PA 15241

Great America Leasing Corporation
8742 Innovation Way
Chicago, IL 60682-0087

Great Lakes Insurance Associates
3205 Peach Street
Erie, PA 16508

Gross Welders and Fabricators, Inc.
1106 Commercial Ave SE
New Philadelphia, OH 44663

Hafer Truck Service, Inc.
17693 State Hwy 285
Cochranton, PA 16314

Hagan Business Machines
P.O. Box 1428
Meadville, PA 16335

Hamill Manufacturing Co.
500 Pleasant Valley Road
Tralford, PA 15085

Harbor Steel, Inc.
Route 422 West
New Castle, PA 16101

Harned Oil, Inc.
P.O. Box 7
Conneaut Lake, PA 16316

Highmark Blue Shield
P.O. Box 382146
Pittsburgh, PA 15250-8146

Highmark Casualty Insurance Company
P.O. Box 640311
Pittsburgh, PA 15264-0311

Hite Company
P.O. Box 1807
Altoona, PA 16603

Home Depot Credit Services
Dept. 32-2017013271
The Lakes, NV 88901-6029

Hoover Realty Group, LP.
P.O. Box 5179
Conneaut Lake, PA 16316

Hovis Auto Supply
1146 Park Avenue
Meadville, PA 16335

Industrial Tube & Steel Corp.
P.O. Box 76054
Cleveland, OH 44101-4755

Interstate Chemical Co.
P.O. Box 931412
Cleveland, OH 44193

J.A.S. Industries, Inc.
3432 Southern Road
Richfield, OH 44286

J.C. Ehrlich Co., Inc.
P.O. Box 13848
Reading, PA 19612-3848

Jack D. Griggs
Griggs and Son Home Building
Conneaut Lake, PA 16316

Jacob A. Weaver Company
7033 State Highway 173
Cochranton, PA 00011-6314

James H. Cross Co.
P.O. Box 8950
Erie, PA 16505

Janet R. Peters
West Mead Twp Tax Coll.
Meadville, PA 16335

Jolley Industrial Supply, Inc.
1652 Pittsburgh Road
Franklin, PA 16323

JR's Starters & Alternators
6881 Atlantic Lake Rd.
Hartstown, PA 16131

K & K Manufacturing
14276 Hatch Hill Road
Meadville, PA 16335

Kip America, Inc.
21146 Network Place
Chicago, IL 60673-1211

Kottler Metal Products
1595 Lost Nation Road
Willoughby, OH 44094

Lakeland Janitorial
P.O. Box 5049
Conneaut Lake, PA 16316

Lancelot Construction, Inc.
P.O. Box 5176
Conneaut Lake, PA 16316

Lemac Packaging, Inc.
2121 McKinley Ave.
Erie, PA 16514-0788

Leo's Pneumatics & Hydraulics, Inc.
1821 Franklin Avenue
Erie, PA 16510

Linesville Auto
556 Penn Street
Linesville, PA 16424

Linesville Boro
P.O. Box 145
Linesville, PA 16424

Lloyd's Rental & Sales
1355 S. Main Street
Meadville, PA 16335

Logistics Plus, Inc.
P.O. Box 1288
Erie, PA 16512-1288

Lowry Supply Co.
1750 Pennsylvania Ave.
Salem, OH 44460

M-Ploy Temporaries, Inc.
P.O. Box 8517
Erie, PA 16506-0517

Marmon/Keystone Corporation
P.O. Box 791
Butler, PA 16003

Materials Handling Enterprises, Inc.
804 Shenley Drive
Erie, PA 16505

McCormick Coffee Company
1514 Liberty Street
Erie, PA 16502

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

McNichols Co
4889 Neo Pkwy
Cleveland, OH 44128

Meadville Area Water Authority
18160 Rogers Ferry Road
Meadville, PA 16335

Meadville Farm and Garden
133 Pine Street
Meadville, PA 16335

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335

Meadville Plate Glass Co., Inc.
299 Pine Street
Meadville, PA 16335

Meadville Safe & Lock
10770 Eastview Ave.
Meadville, PA 16335

Meadville Tool Grinding, Inc.
626 Pine Street
Meadville, PA 16335

Merry's Hardware & Automotive
136 West Erie Street
Linesville, PA 16424

Miller Information Systems
4088 Alpha Drive
Allison Park, PA 15101

Minco Tool & Mold
370 Linden Street
Meadville, PA 16335

Molded Fiber Glass Tray Co.
6175 US Hwy 6
Linesville, PA 16424

Moody & Son Fab & Weld
37973 Tryonville Road
Centerville, PA 16404

Morlin Inc.
2044 W. 20th Street
Erie, PA 16502

MSC Industrial Supply Co. Inc.
Dept. CH 0075
Palatine, IL 60055-0075

Multi-Plastics, Inc.
South Street, Route 198
Saegertown, PA 16433

N.T. Ruddock Co.
26123 Broadway Ave.
Cleveland, OH 44146

National City Bank
Commercial Services
Oshtemo, MI 49077-1030

National City Bank
201 Chestnut Street
Meadville, PA 16335

National City Commercial Capital
P.O. Box 931034
Cleveland, OH 44193

National Fab & Machine, Inc.
9251 West Main Road
North East, PA 16428

National Fuel
3505 Valley View Rd.
Clark, PA 16113

Norman Gilkey, Esquire
Babst Calland Clements & Zomnir, PC
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222

Ohio Cat
Box 931029
Cleveland, OH 44193

Olympic Steel, Inc.
Attn: Marguerite Kawecki
Bedford Heights, OH 44146

Page's Tire & Auto
12560 Conneaut Lake Road
Conneaut Lake, PA 16316

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Penn Power
P.O. Box 3687
Akron, OH 44309-3687

Pennsylvania Tool & Gages
PO Box 534
Meadville, PA 16335

Perry Mill & Erie Mfg. Supply
P.O. Box 1286
Erie, PA 16512

Phoenix Specialty
PO Box 219
Wooster, OH 44691

Pitt Ohio Express, LLC
P.O. Box 643271
Pittsburgh, PA 15264-3271

PlainsCapital Leasing LLC
Accounts Receivable
Dallas, TX 75252

Polymer Molding, Inc.
1655 West 20th Street
Erie, PA 16502

Pro Tech Machining Inc.
21382 Norrisville Road
Conneautville, PA 16406

Products Finishing, Inc.
2002 Greengarden Rd.
Erie, PA 16502

Professional Tool Service
700 Seco Road
Monroeville, PA 15146

Progress for Industry, Inc.
201 Grant Street
Saegertown, PA 16433

Proper Cutter
PO Box 137
Guys Mills, PA 16327-0137

R & M Grinding Inc.
300 Country Club Road
Meadow Lands, PA 15347

R.N. Goss Gas Products Co.
P.O. Box 1106
Oil City, PA 16301

Ralston's Hardware
195 Water Street
Conneaut Lake, PA 16316

Roadway Express
P.O. Box 905587
Charlotte, NC 28290-5587

Rolled Alloys
Dept. #33901
Detroit, MI 48267-0339

Ryerson
3915 Weldon Avenue
Lancaster, NY 14088

Salt Painting, Inc.
17918 State Hwy. 198
Saegertown, PA 16433

Samuel, Son & Co. Inc.
P.O. Box 641427
Pittsburgh, PA 15264-1427

SAS Global Corporation
P.O. Box 673176
Detroit, MI 48276-3176

Schake Industries, Inc
P.O. Box 564
Seneca, PA 16346

Scott Electric
P.O. Box S
Greensburg, PA 15601-0899

Service Office Supply
P.O. Box 2
Getzville, NY 14068

Sherwin-Williams Co.
Accounts Receivable Dept.
Meadville, PA 16335

Sipco Molding Technologies
1099 Morgan Village Road
Meadville, PA 16335

Smith-Gray, Inc.
16573 Conneaut Lake Road
Meadville, PA 16335

Staples Business Advantage
Dept. ROC
Boston, MA 02241-5256

Starboard Industrial Electronics
12065 Iroquois Dr.
Conneaut Lake, PA 16316

Starlite Diversified, Inc.
16465 McMath Avenue
Meadville, PA 16335

Starlite Group
246 Race St
Meadville, PA 16335

Stud Welding Associates, Inc.
1774 Reliable Parkway
Chicago, IL 60686-0017

Stulz-Sickles Steel Company
929 Julia Street
Elizabeth, NJ 07207

Sturdell Industries, Inc.
1529 Lyell Avenue
Rochester, NY 14606

Suzanne Giering,Pine Twp Tax Coll
173 N. Chestnut St.
Linesville, PA 16424

TCF Equipment Finance
P.O. Box 4130
Hopkins, MN 55343-0498

Temtco Steel
75 Remittance Drive
Chicago, IL 60675-3025

The Bolt Place
P.O. Box 1020
Meadville, PA 16335

The Warren Company
2201 Loveland Ave.
Erie, PA 16505

TJM Lawn Care
P.O. Box 5205
Conneaut Lake, PA 16316

Tooling Components, Inc.
8349 West High Street Ext.
Union City, PA 16438

Tri-County Industries, Inc.
P.O. Box 858
Mars, PA 16046

Trinity
P.O. Box 515487
Los Angeles, CA 90051-6787

Trumbull Industries Inc.
P.O. Box 200
Warren, OH 44482-0200

Tube-Mac Industries, Inc.
PO Box 2437
Butler, PA 16003

U.S. Casting Company
722 Mulberry Road SE
Canton, OH 44707

Uline
Attn: Accounts Receivable
Waukegan, IL 60085

United Steel Service, Inc.
P.O. Box 714508
Columbus, OH 43271-4508

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

US Bancorp Equipment Finance, Inc.
P.O. Box 790413
St. Louis, MO 63179-0413

USF Holland
27052 Network Place
Chicago, IL 60673-1270

Valesky's
1044 Water Street
Meadville, PA 16335

Verizon Wireless
P.O. Box 17464
Baltimore, MD 21297-1464

Viking Tool & Gage, Inc.
11160 State Highway 18
Conneaut Lake, PA 16316

Vision Benefits of America
P.O. Box 640272
Pittsburgh, PA 15264-0272

Ward Trucking, LLC
P.O. Box 1553
Altoona, PA 16603

Warren Glass & Paint Ltd.
1203 Youngstown Rd. SE
Warren, OH 44484

Wells Fargo Equipment Finance
NW-8178
Minneapolis, MN 55485-8178

White Fire Extinguisher, Inc.
54 Line Road
Mercer, PA 16137

Yarde Metals, Inc.
45 Newell Street
Southington, CT 06489

Youngstown Pipe & Supply, LLC
4100 Lake Park Rd.
Youngstown, OH 44513