IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 09-10169-TPA |
| ) | (Consolidated for Administration) |
| EXCALIBUR MACHINE CO., INC.; ) | Chapter 11 |
| CAMELOT CONSOLIDATED, INC.; BLADE ) | |
| TRANSPORT, INC.; MULTI-PLASTICS, INC.; ) | Docket No. ____ |
| MULTI-TOOL, INC.; MULTI-PLASTICS OF ) | |
| NEW MEXICO, INC.; SIPCO, INC.; AND, ) | |
| E.A.H. INDUSTRIES, INC., ) | Related to Docket Nos. 506, 568, 587, |
| ) | 638 & 641 |
| Debtors-in-Possession ) | |
| ) | |
| EXCALIBUR MACHINE CO., INC.; ) | |
| CAMELOT CONSOLIDATED, INC.; ) | |
| BLADE TRANSPORT, INC.; MULTI- ) | |
| PLASTICS, INC.; MULTI-TOOL, INC.; ) | |
| MULTI-PLASTICS OF NEW ) | |
| MEXICO, INC.; SIPCO, INC.; AND, ) | |
| E.A.H. INDUSTRIES, INC., ) | |
| ) | |
| Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| PNC BANK, N.A., successor by merger ) | |
| with NATIONAL CITY BANK (f/k/a ) | |
| NATIONAL CITY BANK OF ) | |
| PENNSYLVANIA); F.N.B. CAPITAL ) | |
| CORPORATION, LLC; SAMUEL ) | |
| SON & CO., INC.; AND ) | |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, DEPARTMENT OF ) | |
| REVENUE, BUREAU OF ) | |
| CORPORATION TAXES, ) | |
| ) | |
| Respondents ) | |

**SECOND STIPULATION EXTENDING CLOSING DEADLINE SET FORTH IN THE
ASSET PURCHASE AGREEMENT DATED SEPTEMBER 30, 2009, AS AMENDED**

Excalibur Machine Co., Inc., Camelot Consolidated, Inc., Blade Transport, Inc.

(collectively, the "Debtors"), Esmark, Inc. ("Esmark"), PNC Bank, N.A., successor by merger

with National City Bank (f/k/a National City Bank of Pennsylvania) ("PNC") and F.N.B. Capital

Corporation, LLC ("FNBCC" and together with PNC, the "Banks"), Eric Hoover and Annette Hoover individually (the "Hoovers"), Hoover Realty Group, LP ("HRG" and together with the Hoovers, the "Real Property Sellers") and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtors, Esmark, the Banks and the Real Property Sellers, the "Parties") by and through their undersigned counsel, hereby stipulate and agree to the following amendments to the Asset Purchase Agreement dated September 30, 2009 [Docket No. 506, Exhibit A] as amended by Letter Agreement dated November 10, 2009 [Docket No. 568] and as amended by the *Stipulation Extending Closing Deadline Set Forth in the Asset Purchase Agreement Dated September 30, 2009. as Amended* (the "First Stipulation"), which was approved by this Court on December 17, 2009 [Docket No. 641]:

1. Due to the complexity of the transactions and the volume of documents necessary to complete the closing of the transactions, the Parties agree that a second extension of the Closing deadline from December 23, 2009 to December 30, 2009 is necessary.

2. Accordingly, by consent of all of the Parties, the Closing deadline set forth in Paragraph 13 of the Asset Purchase Agreement, as amended by the November 10, 2009 Letter Agreement, and as amended by the order approving the First Stipulation is extended from December 23, 2009 to December 30, 2009, time and place to be determined.

[INTENTIONALLY BLANK]

Dated: December 23, 2009

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Lawrence C. Bolla<br>Lawrence C. Bolla, Esquire<br>lbolla@quinnfirm.com<br>QUINN LAW FIRM<br>2222 West Grandview Boulevard<br>Erie, Pennsylvania 16506<br>(814) 833-2222<br>Counsel for Esmark, Inc. | /s/ Guy C. Fustine<br>Guy C. Fustine, Esquire<br>gfustine@kmgslaw.com<br>KNOX MCLAUGHLIN GORNALL<br>& SENNETT<br>120 West 10th Street<br>Erie, Pennsylvania 16501<br>(814) 459-2800<br>Counsel for Debtors Blade Transport, Inc., Camelot Consolidated, Inc. and Excalibur Machine Company, Inc. |
| /s/ David K. Rudov<br>David K. Rudov, Esquire<br>RUDOV & STEIN, P.C.<br>100 First Avenue, Suite 500<br>Pittsburgh, Pennsylvania 15222<br>(412) 281-7300<br>Counsel for Eric and Annette Hoover individually and Hoover Realty Group, LP | /s/ Norman Gilkey<br>Norman E. Gilkey, Esquire<br>BABST CALLAND CLEMENTS<br>& ZOMNIR, PC<br>Two Gateway Center, 8th Floor<br>Pittsburgh, Pennsylvania 15222<br>(412) 394-5626<br>Counsel for PNC Bank, N.A., successor by merger with National City Bank (f/k/a National City Bank of Pennsylvania) |
| /s/ James R. Walczak<br>James R. Walczak, Esquire<br>MACDONALD ILLIG JONES<br>& BRITTON LLP<br>100 State Street, Suite 700<br>Erie, Pennsylvania 16507<br>(814) 870-7763<br><br>Counsel for F.N.B. Capital Corporation, LLC | /s/ William C. Price<br>William C. Price, Esquire<br>MCGUIRE WOODS LLP<br>EQT Plaza<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, Pennsylvania 15222<br>(412) 667-7990<br><br>Counsel for the Official Committee of Unsecured Creditors |

**SO ORDERED:**

Dated: _____, 2009  _____
Erie, Pennsylvania           THOMAS P. AGRESTI, CHIEF JUDGE
                             UNITED STATES BANKRUPTCY COURT

Document #484280

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10169-TPA |
| | ) | (Consolidated for Administration) |
| EXCALIBUR MACHINE CO., INC.; | ) | Chapter 11 |
| CAMELOT CONSOLIDATED, INC.; BLADE | ) | |
| TRANSPORT, INC.; MULTI-PLASTICS, INC.; | ) | Docket No. ____ |
| MULTI-TOOL, INC.; MULTI-PLASTICS OF | ) | |
| NEW MEXICO, INC.; SIPCO, INC.; AND, | ) | |
| E.A.H. INDUSTRIES, INC., | ) | Related to Docket No. |
| | ) | |
| Debtors-in-Possession | ) | |
| | ) | |
| EXCALIBUR MACHINE CO., INC.; | ) | |
| CAMELOT CONSOLIDATED, INC.; | ) | |
| BLADE TRANSPORT, INC.; MULTI- | ) | |
| PLASTICS, INC.; MULTI-TOOL, INC.; | ) | |
| MULTI-PLASTICS OF NEW | ) | |
| MEXICO, INC.; SIPCO, INC.; AND, | ) | |
| E.A.H. INDUSTRIES, INC., | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC BANK, N.A., successor by merger | ) | |
| with NATIONAL CITY BANK (f/k/a | ) | |
| NATIONAL CITY BANK OF | ) | |
| PENNSYLVANIA); F.N.B. CAPITAL | ) | |
| CORPORATION, LLC; SAMUEL | ) | |
| SON & CO., INC.; AND | ) | |
| COMMONWEALTH OF | ) | |
| PENNSYLVANIA, DEPARTMENT OF | ) | |
| REVENUE, BUREAU OF | ) | |
| CORPORATION TAXES, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 23rd day of December, 2009, a copy of the *Second Stipulation Extending Closing Deadline Set Forth in the Asset Purchase Agreement Dated September 30, 2009 as Amended* upon each of the following persons and parties in interest at the address shown below:

The following parties were served electronically via the CM/ECF system and will not receive a paper copy of the filing:

| |
|---|
| Lawrence C. Bolla, Esquire; lbolla@quinnlawfirm.com; Counsel to Plains Capital Leasing, LLC |
| Brian E. Caine, Esquire; bcaine@deilylawfirm.com; Counsel to Chrysler Financial Services Americas, LLC |
| Robert E. Dauer, Esquire; red@muslaw.com; Counsel to U.S. Bancorp Equipment Finance, Inc. |
| Walter E. Deacon, Esquire; wdeacon@mijb.com; Counsel to First National Bank of PA |
| Mark E. Freelander, Esquire; mfreedlander@mcguirewoods.com; Counsel to OUCC |
| Guy C. Fustine, Esquire; gfustine@kmgslaw.com; Counsel to Accountant, McGill, Power, Bell, & Associates, LLP |
| Norman E. Gilkey, Esquire; ngilkey@bccz.com; Counsel to National City Bank |
| James M. Greenfield, Esquire; dwbank@csonline.net; Counsel for Allegheny Tool & Supply, Inc. |
| Joseph F. Gula, Esquire; jgula@kmgslaw.com; Counsel to Blade Transport, Inc. |
| Brial M. Kile, Esquire; mcupec@grenenbirsic.com; Counsel to S&T Bank |
| Michael P. Kruszewski, Esquire; mkruszewski@quinnfirm.com; Counsel to Electrolux Home Care Products, Inc. |
| Edward J. Laubach, Esquire; Edward.j.laubach@irscounsel.treas.gov; Counsel to Internal Revenue Service |
| Sherri Blank Lazear, Esquire; slazear@bakerlaw.com; Counsel to Youngstown Pipe & Supply LLC |
| Michael J. Lombardo, Esquire; mjlombardo@dhpglaw.com; Counsel to Samuel & Son, Inc. |
| Sherry Lowe Johnson, Esquire; sdlowejohnson@lammrubenstone.com; Counsel to All Points Capital Corporation |
| Nicholas E. Meriwether, Esquire; nmeriwether@mcguirewoods.com; Counsel to OUCC |
| Thomas James Minarcik, Esquire; tjminarcik@elderkinlaw.com; Counsel to Samuel Son & Co., Inc. |
| Office of the U.S. Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Nicholas R. Pagliari, Esquire; npagliari@quinnfirm.com; Counsel to Siemens Financial Services, Inc. |
| T. Lawrence Palmer, Esquire; lpalmer@attorneygeneral.gov; Counsel to Pa. Dept. of Revenue |
| Deborah Candace Phillips, Esquire; dephillips@state.pa.us; Pa. Dept. of Labor & Industry Unemployment Compensation Fund |
| William C. Price, Esquire; wprice@mcguirewoods.com; Counsel to OUCC |
| Susan Fuhrer Reiter, Esquire; sreiter@mijb.com; Counsel to Mercer County State Bank |
| Samuel F. Reynolds, Esquire; sreynolds@wgbglaw.com; Counsel to Harry Davis & Company |
| Michael J. Roeschenthaler, Esquire; mroeschenthaler@mcguirewoods.com; Counsel to OUCC |
| Bryan D. Rohm, Esquire; brohm@stonecipherlaw.com; Counsel to Larry Sippy |
| David K. Rudov, Esquire; drodov@rudovstein.com; Counsel to Eric and Annette Hoover |
| Russell R. Sanders, Esquire; rsanders@tuckerlaw.com; Counsel to GMAC |
| Terry A. Shulsky, Esquire; terry.shulsky@bipc.com; Counsel to Wells Fargo Equipment Finance, Inc. |
| Brian H. Smith, Esquire; bsmith@lammrubenstone.com; dcalciano@lammrubenstone.com; Counsel to All Points Capital Corporation |
| George T. Snyder, Esquire; gsnyder@stonecipherlaw.com; Counsel to Larry Sippy |

| | |
|---|---|
| Leonard F. Spagnolo, Esquire; lspagnolo@bentzlaw.com; Counsel to TCF Equipment Finance, Inc. | |
| Jeffrey W. Spear, Esquire; jwspear@duanemorris.com; Counsel to Tyco Electronics Corporation | |
| Gregory L. Taddonio, Esquire; gtaddonio@reedsmith.com; Counsel to U.S. Casting Co. | |
| Richard T. Victoria, Esuqire; rtv@muslaw.com; Counsel to U.S. Bancorp Equipment Finance, Inc. | |
| James R. Walczak, Esquire; jwalczak@mijb.com; Counsel to FNB Capital Corporation LLC | |
| Joel M. Walker, Esquire; jmwalker@duanemorris.com; Counsel to Frontier Steel Company, Inc. | |
| Kristopher Issac deVyver, Esquire; kdevyver@reedsmith.com; Counsel to Youngstown Pipe & Supply LLC | |
| Joseph M. Fornari, Jr.; joseph.m.fornari@usdoj.gov; United States Trustee's Office | |

The following parties will receive service via First Class Mail, Postage Pre-Paid:

| | | |
|---|---|---|
| Daniel J. Birsic, Esquire<br>Grenen & Birsic PC<br>One Gateway Center<br>Suite 9W<br>Pittsburgh, PA  15222 | Joseph M. Fornari, Esquire<br>United States Trustee's Office<br>Liberty Center<br>Suite 970<br>Pittsburgh, PA  15222 | Kerry M. Hayden, Esquire<br>333 Lee Parkway<br>Eighth Floor<br>Dallas, TX  75219 |
| IKON Office Solutions Inc.<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA  31210 | Michael J. Kacza, Esquire<br>2100 Bank One Center Building<br>600 Superior Avenue<br>E. Cleveland, OH  44114 | Sherri Blank Lazear, Esquire<br>Capital Square, Suite 2100<br>65 East State Street<br>Columbus, OH  43215 |
| Rand L. McClellan, Esquire<br>Capital Square<br>Suite 2100<br>65 East State Street<br>Columbus, OH  43215 | Chrysanthe E. Vassiles, Esquire<br>220 Market Avenue South<br>Suite 1000<br>Canton, OH  44702 | |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/Melissa M. Boni
      Melissa M. Boni, Paralegal to
      Lawrence C. Bolla, Esquire
      PA Id. No. 19679
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      lbolla@quinnfirm.com
      Counsel for Buyer, Esmark, Inc.